# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **15-3129**

In Re The Application of Kate O'Keefe     vs. _____

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

**Sheldon G. Adelson and Las Vegas Sands Corp.**

Indicate the party's role IN THIS COURT (check <u>only</u> one):

☐ Petitioner(s)     ☑ Appellant(s)     ☐ Intervenor(s)

☐ Respondent(s)     ☐ Appellee(s)     ☐ Amicus Curiae

(Type or Print) Counsel's Name **Mr. Robert L. Byer**
Mr.     Ms.     Mrs.     Miss

Firm **Duane Morris LLP**

Address **600 Grant Street, Suite 5010**

City, State, Zip Code **Pittsburgh, PA 15219**

Phone **(412) 497-1083**     Fax **(412) 202-2787**

Primary E-Mail Address (required) **rlbyer@duanemorris.com**
Additional E-Mail Address (1) dmhines@duanemorris.com
Additional E-Mail Address (2) rlbyer@gmail.com

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. *YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.*

**SIGNATURE OF COUNSEL:** _/s/ Robert L. Byer_

---

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*
This entry of appearance must be served on all parties.

REV. 10/23/09

## **PROOF OF SERVICE**

I certify that all counsel of record are filing users and that the preceding paper is being served today through the electronic filing system on:

Laura R. Handman
Constance M. Pendleton
Davis Wright & Tremaine LLP
1919 Pennsylvania Street, N.W., Suite 800
Washington, DC  20006

/s/ Robert L. Byer
Robert L. Byer

January 15, 2016